# United States District Court
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBBIE EMERY BURKE, as the Special Administratrix of the Estate of Eric Harris, Deceased,  )<br>)<br>)<br>)<br>    Plaintiff,  )<br>)<br>v.  )<br>)<br>VIC REGALADO, Sheriff of Tulsa County, in his official capacity,  )<br>)<br>)<br>    Defendants.  ) | Case No.: 16-cv-007-JED-FHM |

## AGREED JUDGMENT AGAINST VIC REGALADO, IN HIS OFFICIAL CAPACITY AS SHERIFF OF TULSA COUNTY

Plaintiff Robbie Emery Burke, as the special administratrix of the Estate of Eric Harris, appears through counsel, Daniel Smolen, and Defendant Vic Regalado, in his official capacity, appears through counsel, Scott B. Wood. The Court finds that these parties have entered into the following stipulations:

1. On February 12, 2018, the Board of County Commissioners of Tulsa County, Oklahoma, approved the recommendation of Scott Wood to settle the case herein by paying to Plaintiff and her attorney Six Million Dollars and no Cents ($6,000,000.00) in full settlement of this matter. This judgment is subject to the following conditions:

   a. Defendant Vic Regalado, Sheriff of Tulsa County, in his official capacity, is in no way admitting any liability or fault by him or by any named or unnamed employees and/or agents of the Tulsa County Sheriff's Office or Tulsa County. Rather, this settlement is entered into solely to avoid the costs of further litigation and expenses.

   b. That upon execution and filing of this judgment, Plaintiff fully and completely releases any and all, past, present or future claims, whether known or unknown, against Vic Regalado, Sheriff of Tulsa County, in his official capacity, the individually named Defendants, Stanley Glanz, Robert C. Bates, Michael

Huckeby, Joseph Byars and Ricardo Vaca, and against any agent or employee of the Tulsa County Sheriff's Office or Tulsa County which Plaintiff has, or may have, as a result of the alleged incidents to have occurred herein, which includes Plaintiff and her attorneys fully and completely releasing any and all past, present or future claims for pre-judgment interest, costs and attorneys' fees herein.

2. Plaintiff is fully aware of the conditions upon which this confession of judgment is made and hereby fully accepts said conditions.

3. The Court accepts these stipulations and based upon said stipulations finds that Plaintiff and her attorney are entitled to recover the sum of Six Million Dollars and no Cents ($6,000,000.00), to be paid as a judgment pursuant to statutory authority.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Robbie Emery Burke, as the special administratrix of the Estate of Eric Harris, deceased, and against Defendant Vic Regalado, Sheriff of Tulsa County, in his official capacity, in the sum of Six Million Dollars and no Cents ($6,000,000.00), inclusive of attorneys' fees and costs, together with post-judgment interest pursuant to Okla. Stat. Tit. 12 O.S. § 727.1.

Dated this 12th day of March, 2018.

JUDGE JOHN E. DOWDELL

Approved as to form and content:

Daniel Smolen
Daniel Smolen, Attorney for Plaintiff

Scott B. Wood
Scott B. Wood, Attorney for Defendants

/s/ Guy A. Fortney
Guy A. Fortney, Attorney for Robert C. Bates